

# NUMBERS 13-22-00466-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RENE GUILLERMO GARCIA
A/K/A RENE GACIA,**                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                         **Appellee.**

---

### On appeal from the 399th District Court
### of Bexar County, Texas.

---

# ORDER TO FORWARD COPY OF EXHIBIT

### Before Chief Contreras and Justices Longoria and Silva
### Order Per Curiam

    This matter is before the Court on State's motion for exhibits. Rene Guillermo Garcia appealed a judgment in trial cause number 2020CR6905. The trial court admitted exhibits, which included State's video disc exhibit 51. This exhibit is believed to contain a video in three parts. The Court is of the opinion that the State is entitled to view this exhibit.

Accordingly, State's motion for State's exhibit number 51 is granted, and the clerk of the trial court and the court reporter together are hereby ordered to forward a copy of State's exhibit 51 to appellant's counsel, the State, and the Clerk of the Court within ten days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
25th day of January, 2023.